IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

| | |
|---|---|
| RAY RICKETSON, #204244, | ) |
| | ) |
|     Petitioner, | ) |
| v. | )   CASE NO. 2:03-cv-222-F |
| | ) |
| TERRANCE McDONNELL, *et al.*, | ) |
| | ) |
|     Respondents. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The petitioner's Objection to the Magistrate Judge Recommendation (Doc. #20) filed on June 27, 2005 is overruled;

(2) The Recommendation of the United States Magistrate Judge entered on June 15, 2005 (Doc. #19) is adopted;

(3) The petition for writ of habeas corpus relief is DENIED and this case is dismissed with prejudice.

DONE this 20th day of July, 2005.

                                                      /s/ Mark E. Fuller
                                      CHIEF UNITED STATES DISTRICT JUDGE